Alright, let's go for it. Thank you, Gordon. Just a few minutes before we begin. I've got to make sure this guy is doing all of his stuff here. How do you go? 100. Alright, very good. Alright, I just want to make sure if you've got a chance, or at all, be brief and tell us how much you save. The federal law requires the state specifically to restore and preserve copies of computer files. It also orders the government to increase their organization to threaten the ecological ethics of the region. The reason it makes no difference. For instance, if you retire by the time you re-release this data, you receive a fine. If you re-increase our logisticity, you don't re-release the data. It seems to me that the district court held that you lack standing to challenge potential future approvals under the area requirement. And it doesn't seem to me that you've appealed to the press for additional support. So, if you lack standing to challenge potential future approvals, then why is there standing to challenge this coverage policy? Is there anything you're unable to do? Is there a challenge to the adequacy of the process that was created for this project? What I hear is, frankly, it's not even going to have much to do with us unless we have future, if you will, area plans. And those future area plans, you suggest, do a mini-triple-zone, which is an open-book standard, not just reading the record. But then the coverage policy itself doesn't increase the coverage. The policy doesn't do anything. You can't do any further operation here. Unless there is an area plan that is approved, and a subsequent development permit is approved, and either none of those are in force, only then are the coverage policies. Well, the coverage policies, I'll get to in a moment, don't stand in the way of standing here because the content of this federal document requires an extensive discretionary and careful analysis before you can approve a large-scale institutional plan document to demonstrate that standing in a certain type of procedural policy area cannot be a strong procedural request. I'm not going to threaten the free interest of students, but if the ultimate goal is to stand at the bottom of the list, it's a great break. However, this requirement, this requires a strong and constitutional discretionary analysis between the initial design and writing, the location of the operating requirements, and the terminology of the student, which begins with our asserting procedural operations and terminology-based requirements before making those decisions. This declaration should not be used to contradict the institutional regulations of the board of governor chairs. Your record will work independently. It carries with you every shift in administration and policies 챙, what it used to be a 자기 centric, secure childcare that was rooted in policies and regulations, but that have now transformed. You're challenging your staff at work Well, we're challenging our staff at home with helpful equal opportunities for changes in policy and advisement and in different types of policies and regulations. It's the healthcare system where it all comes to grips. It's the healthcare system where it all comes to grips. It's the healthcare system where it all comes to grips. I'm going to go over it in a few minutes. And it seems to me that what I have in front of me is a challenge. Only one part of this system that I have to deal with is a challenge to encouraging policy that allows local jurisdictions to adopt the area plan Is that a challenge? A challenge yes! It seems to me it is. Is that a challenge? If the plan already increased coverage for sugary development projects  4 States currently are having some opportunities at risk of death before 05.04.2024 before 05.04.2024 we had 137 numbers of post and electoral doctors Having those doctors and scientists who have been censured believed that there is a opportunity  probably and it's a lot of people who don't have a opinion So, each agency has its own implementation plan for how it's going to live within its budget. The police that you use is charged to pay, and while the agencies do that, it's up to some of the municipalities to pay their fees. The TRPD is going to look at how local agencies are doing on an annual basis. TRPD has agreed to certify area units, and in four years, they can be decertified. The record demonstrates that the PMPs that are used as part of the area structure are not actually being installed in the city. There are payments of individual parcels, and there's an obligation to certify that the police and the agencies are doing what they need to do, which states... The answer to the question is, if they're required, the office, the agency, to make hearings, is there a notice about whether it's... You know, does it go about determining the procedural way that we have the police and the agencies working together? So, Your Honor, I can take his consultation. I know this is one of the problems that folks have that they're going to be required to do the hearing system for that. Do you agree as well, also, regarding the PMPs, does that exist as a plan? The PMP installation, maintenance is mandatory, regardless of the project's potential impact, right? There's an existing requirement to install PMPs, even directed existing parcels with PMPs, and does that exist as a plan? The PMPs' requirements are, of course, stringent, including monitoring and enforcement. You can kind of jump to the point of the PMPs, right? That's right. There's redundant enforcement authority, which is what we have in Boston State. The U.S. EPA had enforcement authority to enforce compliance with the PMPs, but there are a lot of other instruments that exist to do that, that you can't do that in Boston State. Is there anything that the evidence of compliance, at least any non-enforcement, that you thought would say you should enforce? It has to do with the U.S. EPA's money-saving program. That money-saving program applies to all state-controlled parcels and PMPs. It applies to PMPs as a process. Without regard to whether they pose a threat to water quality, there's just an obligation to offer PMPs. The U.S. EPA has decided, as discretionary, to sign a petition to the foundation, where the record actually shows that there could actually be PMP compliances included, and as a result, the members of the U.S. EPA is undertaking to implement that program, which would be an obligation to sign a petition to the foundation. The PMP records program has been in place in the United States for a while. It's been here for a reasonable time, and it's been on for a decade. And that program, it remains in place. It remains in place, and so the U.S. EPA doesn't want to be a requirement for corrections to be made. I do want to emphasize, though, there's a lot of confusion, and it seems to me that the challenge of the library oversight, your use of information, which, to some extent, is the challenge of the VMPs, which is not going to be affected by the fact that we're in this business. As you said, there are a few of them, but it seems like a real challenge area. What you're probably doing is you're splitting out the authority that you may have in all these areas, and you haven't done enough. If you build the individual area, and then you split it out, it's a lot of things. It's a lot of work for data to suggest that that would work. That seems to be the answer. That is what some of these ideas you have. You're saying, I think, the more it is, we have enough. And I guess that's what I want you to respond to, because what you're going to respond to now is do these work? We think they do, and they're better than they were, and they were good and better, but these are just something you don't know that happens to people who want to do it. Do you think in your hypothesis, what are you finding in these stories and what do you think we need to change? The emergency understanding of this is that here, and you can read through some content that's looked at, there should be a sense of common coverage. The reason why solar panels is not the one that we're looking for is to combat the effects of coverage by incorporating services in place to monitor those services. The emergency understanding is to make people more interactive with those services. As a result of these policies, as there are outcomes in some areas for us, we know that there will be a net reduction in coverage response. The amount of coverage that's on our base will decrease as coverage moves from sensitive areas into these centers of fair capability where it's already very good. We know that. We also know that the area where the coverage will come from will be more sensitive. We also know, as Lisa has mentioned, when we know that the coverage will come, these centers are removed from sites where they didn't seem to have a large populated area to see some coverage. As you heard, I've seen only those areas for a small amount of time under these circumstances. So there's a concern about localized impacts within a secure center. We know that the coverage will be removed from the area closest to the center. We have suggested that this event takes place at the center where the area might be over-covered as well, which is not an issue in the data system. We do look at compliance with the data system for regional audiences, and that's what the EIS focuses on entirely and appropriately for a regional climate. The data is applied on a project-by-project, on a person-by-person basis. This is a significant place in the city itself that needs to be changed. It's just that we need to make sure that local agencies can use cross-street coverage in particular urbanized areas that provide the capability they need to do it and solve the communities at the same time. These are extended urbanized areas, and it will happen only if the localized impact is sustained within a project. We've said in the past that there is a single case that needs to be evaluated, and agencies have to decide if they can store this information In this particular instance, we look at the EIS for the regional climate communities. There's no risk that a particular city or a single project will recover while localized impacts occur. It's just localized bioecology needs to be performed under the hood to see whether that particular impact really happened. I do want to note that the EPR algorithms and the modeling that was performed looked at what will happen if all of these centers maxed out. The areas where concentration of coverage would be concentrated, up to 70%, what happens if every local agency takes full advantage of that incentive? It maxes out what we have. What is the installation of EMPs? The benefits associated with operating The exclusion of these ancient, substandard buses so we see those go down after their health concerns. The environmental benefits associated with the travel crew and this is a whole other set of policies to get the agencies to stop and see to the full coverage of the losses and costs. I see that there are some people who are raising their hands. Thank you very much. I think we took you over. You can go to the next slide. Thank you, John. I would like to thank the panelists and just to mention that I'm going to walk away from the decision-making on this. This is one that I have never been enforced in any of the decisions. This is not a decision. This is a set of rules of enforcement. This is the first year. I also would like to remind you that there is no EMPs coverage on the city's improvements. These are some of the restrictions on the city's improvements. Our EMPs are three of the ones and it's where you will be briefed when your time is up. I'm also going to ask Claude to go ahead and give me an update on the EMPs coverage on the city's improvements. I'm also going to brief you on the consequences of this approach and the nature of the dollars that you receive as coverage for each of the EMPs. It's very important to do your exchange with your staff and your EMPs and ask each of your services and your advisors who you can ask for more coverage and support for EMPs and for each of your EMPs. Thank you for your argument. We're listening. We very much appreciate you and we really hope that you will do all that all three of us do. We appreciate you. These are our kids. We've done our best in order to be prepared for getting here. It's been a good adventure so far. It's been a quiet, sound recess for the day.
judges: Wallace, Schroeder, N.R. Smith